IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH W. BROWN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 19-00279-CV-W-BP |
| | ) | |
| PRO TRUCKING, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    This case is set for trial next week, and discovery has long since closed. Plaintiffs have now filed a motion for a "protective order," which indicates that Defendants have hired a private investigator and directed him to contact various witnesses, including Plaintiff's current employer. (Doc. 103.) The motion further indicates that the private investigator has gone to at least one witness's home after business hours and placed several phone calls seeking information about Plaintiff without identifying himself as Defendants' agent. (*Id*.) Defendants may respond to Plaintiff's motion in the manner authorized by the Local Rules; but until Defendants have responded to the motion and the Court has ruled on the issue, Defendants' private investigator may not attempt contact with any individuals on Plaintiffs' witness list.

**IT IS SO ORDERED.**

DATE: October 12, 2021

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT